UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BOYD,<br><br>                        Petitioner,<br><br>vs.<br><br>MIKE KNOWLES,<br><br>                        Respondent. | Civil No.   06-2372 L (CAB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has submitted a document wherein he states that he is currently exhaustion claims in the state courts and requests a "stay" of the statute of limitations to file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.

## **FAILURE TO FILE PETITION**

Petitioner has not filed a Petition for writ of habeas corpus in this action. Therefore, unless Petitioner is a capital prisoner, he has not initiated habeas proceedings in this Court. Calderon (Nicolaus) v. United States District Court, 98 F.3d 1102, 1107 n. 3 (9th Cir. 1996) ("Unlike non-capital prisoner who initiate habeas proceedings by filing a petition for a writ of habeas corpus, capital prisoners commence federal habeas proceedings by filing a request for appointment of counsel."); McFarland v. Scott, 512 U.S. 849 (1994).

Petitioner does not contend that he is a capital prisoner, that is, a prisoner under sentence of death, and there is nothing in the documents he has submitted which indicates that he is a

1 capital prisoner. Therefore, the instant action must be dismissed. Petitioner's requests for an
2 stay of statute of limitations is denied without prejudice.

3 Accordingly, the Court **DISMISSES** the case without prejudice. In order to have the case
4 reopened, Petitioner must file a Petition for Habeas Corpus and satisfy the filing fee requirement
5 no later than <u>**December 22, 2006**</u>. **For Petitioner's convenience, the Clerk of Court shall**
6 **attach to this Order, a blank form petition for habeas corpus and a blank motion to**
7 **proceed in forma pauperis form**.

8 **IT IS SO ORDERED.**

10 DATED:

12 M. James Lorenz